# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE WYATT, JR., JOE M. BALENCIA, RODOLFO KING JONES, JOSE GONZALEZ, and RICHARD MARTINEZ | § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1210-S-BK |
| STATE OF TEXAS, UNITED STATES OF AMERICA, JOE BIDEN, GREG ABBOTT, KELLY LOVING, MARK SHARON, SHARON MOSLEY, MARK HOLLING, and KELLY HIGGINS | § § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 26, 2023.

_____
UNITED STATES DISTRICT JUDGE